**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BARTLEY MULLEN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>CONCORD HOSPITALITY ENTERPRISES COMPANY, LLC,<br><br>                Defendant. | Case No. 2:20-cv-01530-RJC |

### JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Having engaged in comprehensive settlement negotiations and having agreed that the above-captioned action should be resolved by entry of the proposed consent decree attached to this motion as Exhibit 1, for the reasons stated therein, Plaintiff Bartley Mullen and Defendant Concord Hospitality Enterprises Company, LLC jointly move for the approval and entry of the Consent Decree.

Dated: January 17, 2023

*/s/ Sunshine R. Fellows*
Sunshine R. Fellows, Esquire
LEWIS BRISBOIS BISGAARD & SMITH, LLP
One PPG Place, 28th Floor
Pittsburgh, PA  15222
412-250-7304 (Direct)
412-567-5494 (Facsimile)
Sunshine.R.Fellows@lewisbrisbois.com

*Attorney for Defendant*

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
nickc@lcllp.com
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorneys for Plaintiff*