IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY MULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCORD HOSPITALITY ENTERPRISES COMPANY, LLC,<br><br>Defendant. | Case No. 2:20-cv-01530-RJC |

**ORDER GRANTING JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

AND NOW, this 18th day of January, 2023, upon consideration of the parties' Joint Motion for Entry of Consent Decree and after a review of the consent decree which shows that it is procedurally and substantively fair, reasonable, and consistent with governing law, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

*/s/Robert J. Colville*
_____
Robert J. Colville
United States District Judge