UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY MULLEN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>CONCORD HOSPITALITY ENTERPRISES COMPANY, LLC,<br><br>     Defendant. | Case No. 2:20-cv-01530-RJC |

## STIPULATION OF DISMISSAL

Plaintiff Bartley Mullen and Defendant Concord Hospitality Enterprises Company, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 20, 2023                                   Respectfully submitted,

*/s/ Nicholas A. Colella*                                         */s/ Sunshine R. Fellows*
Nicholas A. Colella                                               Sunshine R. Fellows
nickc@lcllp.com                                                   Lewis, Brisbois, Bisgaard & Smith LLP
**LYNCH CARPENTER, LLP**                                          One PPG Place 28th Floor
1133 Penn Avenue, 5th Floor                                       Pittsburgh, PA 15222
Pittsburgh, PA 15222                                              Sunshine.R.Fellows@lewisbrisbois.com
Phone: (412) 322.9243

                                  *Attorney for Defendant*

R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorneys for Plaintiff*